| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office**<br>Eastern District of Michigan | **PACTS**<br>1133721 | **DATE**<br>04/18/2022 |
|---|---|---|---|---|

| **NAME**<br>CHASE, Kevin | **OFFICER**<br>Mark Birkholz | **JUDGE**<br>Paul D. Borman | **DOCKET #**<br>19-CR-20749-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE**<br>03/31/2017<br><br>**COMMENCED**<br>10/11/2019<br><br>**EXPIRATION**<br>10/10/2022 | **SUPERVISION TYPE**<br>Supervised Release | **CRIMINAL HISTORY CATEGORY**<br>IV | **TOTAL OFFENSE LEVEL**<br>33 | **PHOTO** |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY**<br>John O'Brien | **DEFENSE ATTORNEY**<br>To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(C); Conspiracy to Possess with Intent to Distribute and Distribute MDMA

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 48 months, to be followed by a three-year term of supervised release.

Modification: On October 9, 2019 the following Special Condition of Supervised Release was added: "You must reside in a Residential Reentry Center (RRC) for up to 180 days. You must follow the rules and regulations of the center. Subsistence is waived. While at the RRC, you shall be allowed to earn social time, if you are in compliance with facility criteria and probationary standards. All conditions imposed at the time of the original sentencing, along with any subsequent modifications to those conditions, remain in effect.

Name of Sentencing Judicial Officer: Honorable Andrea R. Wood, Northern District of Illinois. Jurisdiction accepted by the Honorable Paul D. Borman on November 12, 2019.

**ORIGINAL SPECIAL CONDITIONS**

1. You shall participate in an approved job skill-training program at the direction of a probation officer within the first 60 days of placement on supervision.
2. You shall, if unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least 20 hours of community service per week at the direction of the U.S. Probation Office until gainfully employed. The amount of community service shall not exceed ___ hours.
3. You shall provide a probation officer with access to any requested financial information necessary to monitor compliance with conditions of supervised release.
4. You shall pay any financial penalty that is imposed by this judgment that remains unpaid at the commencement of the term of supervised release. Your monthly payment schedule shall be an amount

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 1133721 | DATE 04/18/2022 |
|---|---|---|---|---|
| NAME CHASE, Kevin | OFFICER Mark Birkholz | JUDGE Paul D. Borman | | DOCKET # 19-CR-20749-01 |

that is at least 10% of your net monthly income, defined as income net of reasonable expenses for basic necessities such as food, shelter, utilities, insurance, and employment-related expenses.

5. You shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court.
6. You shall repay the United States "buy money" in the amount of $3,000 which you received during the commission of this offense.

Criminal Monetary Penalty: Special Assessment $100.00 (paid). Restitution: $3,000.00 (balance $1,650.00)

The probation officer believes that the offender has violated the following condition of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>At the beginning of June 2021, Homeland Security Investigations (HSI) agents in the New York field office contacted HSI agents in the Detroit, Michigan, field office and notified them that a package containing MDMA was headed to the post office in Royal Oak, Michigan. Agents set up surveillance of the post office box where the package was delivered. Several days later they were notified that someone had retrieved the package. Agents stopped CHASE and he admitted that the package contained MDMA. The package contained approximately 500 grams of MDMA. CHASE also told agents that he was expecting an additional three packages containing MDMA. All three packages were intercepted by agents and each contained approximately 500 grams of MDMA. CHASE also consented to a search of his residence where agents found approximately 500 grams of MDMA. Laboratory results revealed that agents seized 1.4 kilograms of MDMA from CHASE.<br><br>As of the writing of this report, charges have not been issued. |

| I declare under penalty of perjury that the foregoing is true and correct.<br>PROBATION OFFICER<br><br>s/Mark Birkholz/djl<br>313-234-5442 | DISTRIBUTION<br><br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br><br>s/Tracy Kosmas<br>313-234-5272 | PROBATION ROUTING<br><br>Data Entry |

Page **2** of **3**

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 1133721 | **DATE** 04/18/2022 |
|---|---|---|---|---|
| **NAME** CHASE, Kevin | **OFFICER** Mark Birkholz | **JUDGE** Paul D. Borman | | **DOCKET #** 19-CR-20749-01 |

**THE COURT ORDERS:**

[X]  The issuance of a summons

[ ]  Other

s/Paul D. Borman
United States District Judge

4/19/2022
Date

Page **3** of **3**